IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 1:88-00112-01

LARRY ARNOLD YOUNG

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for reduction in sentence, filed on October 2, 2009. (Doc. # 338). For the reasons expressed in the court's Memorandum Opinion of April 21, 2006, and Magistrate Judge VanDervort's Proposed Findings and Recommendation of November 4, 2005, both entered in Civil Action No. 1:04-1282, the motion is **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the United States Attorney, and the United States Probation Office.

**IT IS SO ORDERED** this 29th day of April, 2010.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge