IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:88-00112-01

LARRY ARNOLD YOUNG

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for appointment of counsel. (ECF No. 465). Federal Rule of Criminal Procedure 44(a) grants a criminal defendant the right to appointed counsel "at every stage of the proceeding from initial appearance through appeal." Defendant pled guilty on March 9, 1989, and he was sentenced to a term of imprisonment of forty years. He did not appeal his sentence and the time for appeal has long since passed. Accordingly, he is not entitled to appointment of counsel and his motion for appointment of counsel is hereby **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant and counsel of record.

**IT IS SO ORDERED** this 1st day of December, 2017.

ENTER:

David A. Faber
Senior United States District Judge